ACCEPTED
03-17-00603-CV
21320112
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 11:56 AM
JEFFREY D. KYLE
CLERK

**No. 03-17-00603-CV**

**IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
TRAVIS COUNTY, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 11:56:10 AM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF AGRICULTURE,
*Defendant-Appellant,*

v.

SHEILA LATTING,
*Plaintiff-Appellee.*

On Appeal from Cause No. D-1-GN-16-000284, in the
201st Judicial District, Travis County, Texas

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S BRIEF**

Appellee, Sheila Latting ("Latting") files this unopposed request for a fourteen-day extension, and in support hereof, would show as follows:

1.      Latting's brief is currently due on December 21, 2017.

2.      Latting seeks an extension of fourteen days to January 5, 2018, to file its Appellee's Brief.

3.      A motion to extend the time to file a brief may be filed before or after the date a brief is due. *See* Tex. R. App. P. 38.6(d). Pursuant to

Texas Rule of Appellate Procedure 10.5(b)(1), a motion to extend the time to file a brief must contain "(A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question."

4.    Attorneys for Latting are related family members. Susan J. Haney, the lead attorney, is the mother of Caitlin Haney Johnston, the associate attorney, and Amber L. Haney, the sole paralegal for the Haney Law Firm. There are no other full-time staff at the Haney Law Firm. On December 4, 2017, the father of Caitlin Haney Johnston and Amber Haney was admitted to the Emergency Room at St. David's South Austin with a life-threatening condition. Mr. Haney has been discharged from St. David's but will require significant rehabilitation for at least several weeks. The undersigned has had to spend a significant amount of time dealing with the family emergency over the past two weeks. Susan J. Haney, as a result of the undersigned's absence from the office, has had to cover the hearings, mediations and client meetings of all attorneys in the office during that time.  As a

result, Appellee respectfully requests a fourteen-day extension so that its counsel can have sufficient time to brief this appeal.

5.      This is Appellee's first request for an extension in this case. This request is sought, not for purposes of delay, but so that proper briefing of this case may be presented to the Court and so that justice may be done.

Date: December 15, 2017

Respectfully submitted,

**THE HANEY LAW FIRM**
808 W 10th Street, Suite 100
Austin, Texas 78701
(512) 476-2212
Fax: (512) 476-2202
www.thehaneylawfirm.com

By:    */s/  Caitlin Haney Johnston*
Susan J. Haney
State Bar No. 08908550
 susan@thehaneylawfirm.com
Caitlin Haney
State Bar No. 24087661
Caitlin@thehaneylawfirm.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

On December 13, 2017, the undersigned conferred by phone with counsel for Appellant, who indicated he is unopposed to the requested extension.

*/s/ Caitlin Haney Johnston*
Caitlin Haney Johnston

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing pleading has this day been served on this 15th day of December, 2017, by email to the following:

Drew L. Harris                                        ***Via E-Filing***
Assistant Attorney General
General Litigation Division
P.O. Box 12538, Capitol Station
Austin, Texas 78767

ATTORNEYS FOR DEFENDANT

/s/ Caitlin Haney Johnston
Caitlin Haney Johnston